CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Roanoke
JUN 0 5 2008
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **GEORGE BERKLY DESHAWN MOORE,** | ) | **Civil Action No. 7:07cv00473** |
| **Petitioner,** | ) | |
| | ) | **2255 ORDER** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Hon. Norman K. Moon** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion for summary judgment is **GRANTED** and the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for respondent.

**ENTER:** This 5th day of June, 2008.

United States District Judge